IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MICHAEL TROTTER**                                              **PLAINTIFF**

**VERSUS**                          **CIVIL ACTION NO. 1:09-cv-325-HSO-JMR**

**EVERETT DRISKELL**                                    **DEFENDANT**

## FINAL JUDGMENT

This matter came on to be heard on Defendant's Motion to Dismiss Complaint without Prejudice [10] filed on December 4, 2009. The Court, after a full review and consideration of Defendant's Motion and Chief Magistrate Judge John M. Roper's Report and Recommendation [11], as well as the pleadings on file and the relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that Plaintiff's case against Defendant is hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED**, this the 19th day of February, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE